Claire Dossier (CA State Bar No. 264253)
J. Ryan Mitchell (*pro hac vice* application to be filed)
Andrew V. Collins (*pro hac vice* application to be filed)
MITCHELL BARLOW & MANSFIELD, P.C.
Boston Building
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
Email: cdossier@mbmlawyers.com
       rmitchell@mbmlawyers.com
       acollins@mbmlawyers.com

*Attorneys for Defendant NorthStar Alarm Services, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN SMOTHERS an individual, residing in Fresno County, California; and ASA DHADDA, an individual, residing in Fresno County, California,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHSTAR ALARM SERVICES, LLC, a Utah limited liability company; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331, 1367, 1441, AND 1446**<br><br>(Sacramento County Superior Court Case No. 34-2017-00207477) |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant NorthStar Alarm Services, LLC ("NorthStar") hereby removes the above-captioned case, originally filed in the Superior Court of California, County of Sacramento, Case No. 34-2017-00207477 (the "State Action"), to the United States District Court for the Eastern District of California,

Sacramento Division.

1. On or about February 3, 2017, Plaintiffs Julian Smothers and Asa Dhadda ("Plaintiffs") filed a complaint in the State Action (the "Complaint"). In accordance with 28 U.S.C. § 1446(a), attached to this Notice of Removal as Exhibits A and B are copies of the Complaint and the Summons that were filed in the State Action. NorthStar is not aware of any other pleadings or papers that have been filed in the State Action, and the docket for the State Action, attached as Exhibit C, does not show any further filings.

2. NorthStar is the only defendant named in Plaintiffs' Complaint. Therefore, in accordance with 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served consent to the removal of the State Action.

3. NorthStar's registered agent received a copy of the Complaint on February 14, 2017. This Notice of Removal is therefore timely filed within the 30-day time period set forth in 28 U.S.C. § 1446(b).

4. In accordance with 28 U.S.C. § 1446(d), NorthStar will give prompt written notice of the filing of this Notice of Removal to Plaintiffs' counsel and will file a copy of this Notice of Removal with the Clerk of the Superior Court of California, Sacramento.

5. The United States District Court for the Eastern District of California, Sacramento Division, embraces Sacramento County, the county in which the State Action is now pending, so the State Action is properly removed to this Court pursuant to 28 U.S.C. § 1441(a).

## **FEDERAL QUESTION AND SUPPLEMENTAL JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1367**

6. The Ninth Cause of Action in Plaintiffs' Complaint is a federal claim that alleges violation of 29 U.S.C. § 207, the Fair Labor Standards Act (the "FLSA Claim").

7. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the FLSA Claim because it arises under the laws of the United States.

//
//

2

8. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over the other causes of action asserted in the Complaint because they are so related to the FLSA Claim that they form part of the same case or controversy under Article III of the United States Constitution.

9. Removal of the State Action to this Court is therefore proper pursuant to 28 U.S.C. § 1441(a).

10. NorthStar reserves all rights, including defenses and objections, and the filing of this Notice of Removal is subject to and without waiver of any such defenses and objections. NorthStar reserves the right to amend or supplement this Notice of Removal.

DATED this 14th day of March 2017.

                                              MITCHELL BARLOW & MANSFIELD, P.C.

                                              /s/ Claire Dossier
                                              Claire Dossier
                                              J. Ryan Mitchell
                                              Andrew V. Collins
                                              *Attorneys for Defendant NorthStar Alarm Services, LLC*

# **CERTIFICATE OF SERVICE**

I hereby declare and certify that: I am over the age of 18 years and not a party to the case captioned above. My business address is 9 Exchange Place, Suite 600, Salt Lake City, Utah 84111.

On March 14, 2017, I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331, 1367, 1441, AND 1446** to be filed via the Court's CM/ECF system and to be served on the following persons at the indicated addresses by U.S. Mail, first class postage prepaid, and by email:

S. Brett Sutton (brett@suttonhauge.com)
Jared Hague (jared@suttonhague.com)
Anthony E. Guzman II (anthony@suttonhague.com)
SUTTON HAGUE LAW CORPORATION, P.C.
6715 N. Palm Avenue, Suite 216
Fresno, California 93704
*Attorneys for Plaintiffs Julian Smothers and Asa Dhadda*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 14, 2017, at Salt Lake City, Utah.

/s/ Jennifer Latzke