**S. BRETT SUTTON, 143107**
brett@suttonhague.com
**JARED HAGUE, 251517**
jared@suttonhague.com
**ANTHONY E. GUZMAN II, 311580**
anthony@suttonhague.com
**SUTTON HAGUE LAW CORPORATION, P.C.**
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217

Attorneys for Plaintiffs: Julian Smothers, Asa Dhadda, and Aggrieved Employees

**CLAIRE DOSSIER, CA Bar No. 264253**
cdossier@mbmlawyers.com
**ANDREW V. COLLINS,** *pro hac vice*
acollins@mbmlawyers.com
**J. RYAN MITCHELL,** *pro hac vice*
rmitchell@mbmlawyers.com
**MITCHELL BARLOW & MANSFIELD, P.C.**
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077

Attorneys for Defendant: Northstar Alarm Services, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| JULIAN SMOTHERS, ET AL., | Case No.: 2:17-CV-00548-KJM-KJN |
| Plaintiffs, | **JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER** |
| vs. | |
| NORTHSTAR ALARM SERVICES, LLC, | |
| Defendant(s). | |

Sutton Hague
Law Corporation
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

1

JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER

**TO THE HONONRABLE JUDGE KIMBERLY J. MUELLER, JUDGE OF THIS COURT:**

**PLEASE TAKE NOTICE:** Plaintiffs Julian Smothers and Asa Dhadda (collectively "Plaintiffs"), and Defendant Northstar Alarm Services, LLC ("Defendant"), (collectively "the Parties"), hereby jointly stipulate as follows:

WHEREAS, on June 29, 2017, this Court issued a Pretrial Scheduling Order for Class Certification setting, among other things: (1) a discovery cut-off date for November 26, 2017, "with a scope of discovery focused primarily on class certification"; (2) an expert disclosure date of November 27, 2017; and (3) a motion for conditional FLSA certification and class certification filing date of February 26, 2018.

WHEREAS, the Parties exchanged initial disclosures on July 6, 2017.

WHEREAS, Plaintiffs propounded a Notice of 30(b)(6) Deposition, a set of Request for Production of Documents, and a set of Interrogatories on July 18, 2017.

WHEREAS, Defendant provided Plaintiffs with its objections to the deposition notice on August 8, 2017, and therefore with its objections to the requests for production and the interrogatories on August 18, 2017.

WHEREAS, Plaintiffs provided Defendant with meet-and-confer letters on August 22, 2017, responding to Defendant's objections.

WHEREAS, Plaintiffs reached out to set up a meet and confer call on August 22, 2017.

WHEREAS, Defendant responded to Plaintiffs' request for a meet-and-confer call on August 28, 2017, and agreed to a call on August 30, 2017.

WHEREAS, the Parties met and conferred via phone on August 30, 2017, and determined that discovery disputes would need to be resolved by the Court.

WHEREAS, Plaintiffs prepared a Joint Statement RE: Discovery Dispute of over 100 pages and submitted the same to Defendant for comment and revisions on September 11, 2017.

WHEREAS, Defendant provided Plaintiffs with its revisions on September 21, 2017.

///

Sutton Hague
Law Corporation
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER

1  WHEREAS, the Parties conferred on the revised Joint Statement RE: Discovery Dispute via phone on September 22, 2017, and agreed on the final draft thereof.

WHEREAS the Parties filed the Joint Statement RE: Discovery Dispute with the Court on September 27, 2017.

WHEREAS the Court scheduled a hearing on the Joint Statement RE: Discovery Dispute for its earliest available date on October 26, 2017, to resolve issues associated with Plaintiffs' first set of discovery initially propounded in July.

WHEREAS this would leave less than one month before the November 26, 2017, discovery cut off date and the November 27, 2017, expert disclosure cut off date.

WHEREAS, as documented above, the Parties have been exceedingly diligent in pursuing discovery for a complex nationwide class action.

WHEREAS, as documented above, the Parties have been exceedingly diligent in meeting and conferring on a high number of discovery disputes for a complex nationwide class action.

WHEREAS, the Parties have met and conferred and agree that good cause exists to modify the current Pretrial Scheduling Order for Class Certification to continue all dates contained therein. Specifically, the Parties request extension of the following dates by a period of not less than four months, including:

- The November 26, 2017 Discovery Cut Off;
- The November 27, 2017 Expert Disclosure Cut Off;
- The December 18, 2017 Rebuttal Expert Disclosure Cut Off;
- The January 19, 2018 Expert Discovery Cut Off; and
- The February 26, 2018 Motion for Conditional FLSA Certification and Class Certification Filing Deadline.

THEREFORE, the Parties jointly stipulate that good cause exists and respectfully request an Order modifying the Pretrial Scheduling Order for Class Certification and continuing all of the above referenced dates contained therein by a period of not less than four months or by any

Sutton Hague
Law Corporation
5200 N. PALM AVENUE
SUITE 203
FRESNO, CA 93704

3

JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER

other period otherwise deemed appropriate by the Court according to its schedule, such that the Parties may resolve the current discovery disputes and obtain meaningful discovery.

Dated: October_20_, 2017          SUTTON HAGUE LAW CORPORATION, P.C.


By:  /s/ Anthony Guzman
    ANTHONY E. GUZMAN II
    Attorneys for Plaintiffs
    JULIAN SMOTHERS and ASA DHADDA

Dated: October_20_, 2017          MITCHELL BARLOW & MANSFIELD, P.C.


By:  /s/ Andrew Collins
    ANDREW COLLINS
    Attorney for Defendant
    NORTHSTAR ALARM SERVICES, LLC

Sutton Hague
Law Corporation
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

4

JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER

## ORDER

Based on the Stipulation submitted by the Parties, and for good cause showing, the June 29, 2017 Pretrial Scheduling Order for Class Certification shall be modified to extend the all dates contained therein as deemed appropriate by this Court. Specifically, the following cut offs shall be continued:

| Cut Off | Original Date | Continued Date |
| --- | --- | --- |
| Discovery | November 26, 2017 | March 26, 2018 |
| Expert Disclosure | November 27, 2017 | March 30, 2018 |
| Rebuttal Expert Disclosure | December 18, 2017 | April 20, 2018 |
| Expert Discovery | January 19, 2018 | May 21, 2018 |
| Motion for Conditional FLSA Certification and Class Certification | February 26, 2018 | June 25, 2018 |
| Hearing on any motion for Conditional FLSA Certification or Class Certification | April 6, 2018 | August 6, 2018 at 10:00 in Courtroom No. 3 |
| Further Status Conference to schedule the balance of the case | June 21, 2018 | November 2, 2018 at 2:30 in Courtroom No. 3 |

IT IS SO ORDERED.

DATED: October 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

Sutton Hague
Law Corporation
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

5

JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER