**S. BRETT SUTTON 143107**
**brett@suttonhague.com**
**JARED HAGUE 251517**
**jared@suttonhague.com**
**ANTHONY E. GUZMAN II 311580**
**anthony@suttonhague.com**
**SUTTON HAGUE LAW CORPORATION, P.C.**
5200 N. Palm Avenue, Suite 2013
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217

Attorneys for Plaintiffs: Julian Smothers and Asa Dhadda

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| JULIAN SMOTHERS, an individual, ASA DHADDA, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHSTAR ALARM SERVICES, LLC, a Utah corporation; and Does 1–50, inclusive,<br><br>Defendants. | Case No. 2:17-CV-00548-KJM-KJN<br><br>CLASS ACTION<br><br>**NOTICE OF CLASS ACTION SETTLEMENT**<br><br>**[FRCP 16; LR 160]** |

Pursuant to Federal Rules of Civil Procedure 16 and Local Rule 160, Plaintiffs hereby notify the Court that the Parties agreed to the terms of a settlement of the instant action pursuant to a Mediator's Proposal issued following their January 18, 2018 mediation session with

Sutton Hague
Law Corporation
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

1
_____
NOTICE OF CLASS ACTION SETTLEMENT

1  mediator Jeff Winikow. Plaintiffs anticipate that a Motion for Preliminary Approval of the
2  settlement will be filed with the Court on or before February 12, 2018.

3

4  Dated:  January 26, 2018                SUTTON HAGUE LAW CORPORATION
                                           A California Professional Corporation

                                           By: _____
                                                 JARED HAGUE
                                                 Attorneys for Plaintiff

Sutton Hague
Law Corporation
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

2
_____
NOTICE OF CLASS ACTION SETTLEMENT