UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JULIAN SMOTHERS, ET AL., | No. 2:17-CV-00548-KJM-KJN |
|---|---|
| Plaintiff, | |
| v. | SECOND AMENDMENT TO THE SCHEDULING ORDER |
| NORTHSTAR ALARM SERVICES, LLC, | |
| Defendant. | |

The parties have reached a tentative settlement. ECF No. 36. They jointly request to continue or vacate the remaining deadlines within the pretrial scheduling order pending final resolution of plaintiffs' anticipated motion to approve class settlement. ECF No. 35; *see also* ECF No. 18 (initial scheduling order); ECF No. 25 (first amendment to scheduling order). Good cause appearing, the court CONTINUES the following deadlines:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Hearing on Pending Motion for Class Certification | February 9, 2018 | March 23, 2018 |
| Non-expert class certification discovery cutoff | March 26, 2018 | April 26, 2018 |
| Expert Disclosures | March 29, 2018 | April 29, 2018 |
| Completion of Expert Discovery | May 21, 2018 | June 21, 2018 |
| Final Class Cert. Motion Filing Deadline | June 25, 2018 | July 25, 2018 |

1

This amendment does not alter any other portions of the operative schedule. Should plaintiffs move to approve the proposed settlement by their anticipated February 12, 2018 deadline, ECF No. 35, the court will VACATE all remaining dates pending that motion's resolution.

IT IS SO ORDERED.

DATED: January 29, 2018.

_____
UNITED STATES DISTRICT JUDGE