S. BRETT SUTTON 143107
brett@suttonhague.com
JARED HAGUE 251517
jared@suttonhague.com
SUTTON HAGUE LAW CORPORATION, P.C.
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| JULIAN SMOTHERS, an individual, ASA DHADDA, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHSTAR ALARM SERVICES, LLC, a Utah corporation; and Does 1–50, inclusive,<br><br>Defendants. | Case No. 2:17-CV-00548-KJM-KJN<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF MICHAEL E. MOORE ON BEHALF OF ADMINISTRATOR IN SUPPORT OF RENEWED MOTION FOR PRELIMINARY APPROVAL OF JOINT STIPULATION FOR CLASS SETTLEMENT**<br><br>Date:          May 16, 2019<br>Time:         10:00 a.m.<br>Courtroom: 3<br><br>Judge: Hon. Kimberly J. Mueller |

Sutton Hague
Law Corporation
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

DECLARATION OF MICHAEL E. MOORE IN SUPPORT OF RENEWED MOTION FOR PRELIMINARY APPROVAL OF JOINT STIPULATION FOR CLASS SETTLEMENT

I, the undersigned, hereby state and declare:

1. I am the President and Managing Partner at Phoenix Settlement Administrators ("PSA"). I have personal knowledge of the facts stated herein and, if called upon to testify, I could and would testify competently to such facts.

2. I personally have over eight years of experience in claims management and administration of class and collective action matters. To data PSA has administered over 500 cases and an additional 500 Pre and Post Certification Privacy Notices and Survey Mailings.

3. PSA has extensive experience administering class action matters. PSA has administered complex wage and hour, labor and employment, consumer/ product liability, Telephone Consumer Protection Act, Fair Labor Standards Act, Fair and Accurate Credit Transactions Act, Employment Retirement Income Security Act and Private Attorneys General Act class action matters, through final approval and distribution. PSA has developed a system of quality assurance measures, to ensure the highest quality service is provided in our cases and to class members.

4. PSA's Claims Management Group has extensive experiences in all aspects of Notification and Identification of Class Members, Claims Processing, Formulation and Calculation Methodologies, Award Distribution and Taxation, Accounting and Reconciliation.

5. PSA is committed to Class Member security. We have developed Phoenix Server Security Protocols("PSSP"). PSSP allows PSA's Proprietary Database to store Class Member private information in a double password protected section that only Case Managers and Programmers can access. Redundant to this measure, this section times out every minute if data is being downloaded outside the Database, unless a daily specific passcode is entered. All Class Data is digitally backed up daily and tracked for changed to a CM Identifier.

6. PSA has extensive experience in and are experts at all aspects of complex class action matters including; (i) preparing, printing, mailing and tracking privacy notices; (ii) operation of a 24/7/365 multi-lingual call center; (iii) establishing settlement websites; (iv) claims management; (v) USPS processes and systems, third party tracing, including the use of reverse telephone directory services; (v) database management, programming and security protocols; which included Class Member Privacy and National Change of Address Security of

Sutton Hague
Law Corporation
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

personal information and Social Security Numbers. PSA has a proprietary Database that allows us to run NCOA and Skip Tracing Searches behind our secure servers and network secure IP; (vii) calculating and issuing settlement payments; (viii) tax management, filings, and account reconciliation; and (ix) final approval.  At no time is there access to this information outside of our proprietary servers.

7. PSA has been appointed as a Claims Administrator in both State and Federal Courts in over 300 Class Action Settlements.

8. PSA demonstrates industry leading value on every case. We offer the highest level of customer care and service in regards to our cost or value, on every case we work on. In this case specifically, we were able to give back more money to the class, because we have lower hourly rates and preform all production in house. PSA also has discounted rates on Notice Postage that we pass on to our clients.

9. A true and correct copy of PSA's Curriculum Vitae is attached hereto as Exhibit "A". Also, attached as Exhibit "B" is PSA's bid for the matter.

I declare under the penalty of perjury and under the laws of the State of California that the forgoing is true and correct, and that if called upon to testify, I could verify the accuracy of the same. This document was executed on April 10, 2019 in the County of Orange.

Michael E. Moore

Sutton Hague
Law Corporation
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

DECLARATION OF MICHAEL E. MOORE IN SUPPORT OF RENEWED MOTION FOR PRELIMINARY APPROVAL OF JOINT STIPULATION FOR CLASS SETTLEMENT

# Exhibit A

**1411 N. Batavia St. Suite 105, Orange, Ca. 92867**
**800.523.5773**
www.phoenixclassaction.com

## CURRICULUM VITAE

### Phoenix Settlement Administrators, PSA Overview

Phoenix Settlement Administrators, PSA, is an emerging, National, Class Action Notification and Claims Administration firm, located in San Diego and Newport Beach California. PSA's core competencies ensure delivery of the highest quality and accuracy to its Clients and Class members. With a combined 18 years of expert experience, PSA,'s Managing Partners, Case Supervisors, Managers and Associates, Data Programming, and Certified Secure Strategic Partners, possess all the qualities that our Clients expect throughout the Noticing and Administration process, to Final Approval. It is our Value Pricing, Efficiency, Experience, Consultative Expertise and Delivery, that has perpetuated PSA, as an emerging leader in Class Action Settlement Administration. Expert PSA staff members are currently managing, Consumer and Product Liability, TCPA, Complex Labor & Employment, FLSA, ERISA and PAGA cases.

PSA has over 100 Attorney & Law Firm Clients, which have entrust us with the management of their claims administration, because of the "Boutique" attention every case receives. PSA is value driven on all size cases. large or small, cases receive expert management, secure data custody, neutral communication and a dedicated team. This seamless process maintains superior case continuity to ensure our clients receive timely final approval and conclusion to their actions. Phoenix Settlement Administrators implements its successful C.A.S.E. solutions on all our class action matters.

With 10 of Millions of dollars in award distributions currently under management since our inception, PSA has the ability and strengths to manage all levels of Complex Cases. PSA's Staff "Synergy" is our greatest attribute. It allows our people to work closely together and solve our client's case issues. PSA prides itself as a true "Third Party Administrator" and holds Neutrality as a mantra. Because of this approach, both Defense and Plaintiff Clients, experience fairness, trust and confidence in us, and allows for continued business from both parties. PSA has been appointed Third Party Administrator in State and Federal Courts.

We look forward to working with you on your next Class Action Noticing Campaign or Claims Administration. Let us design a C.A.S.E. solution, which will allow us to showcase the difference you'll experience. Superior Service, Class Savings Value Pricing and Timely Outcomes is why our clients come back to PSA.

## Expert Core Services

Initial Planning and Consultative Service on Class Action Cases and Noticing Plans.

State/Nationwide Noticing Expertise: Privacy, Media, Publication, Internet & Email Campaigns.

Attorney General(s) CAFA Notification

Claims Programming, Administration, Processing and Reporting.

24/7/365 Multi-Lingual Call Center Support and Claims Processing

Secure Data Management Environment, Individual Firewalls, Encrypted Data and Storage

Settlement Fund Calculations, Solutions, Award Distribution, Award Reconciliation

Tax Filings: State, Federal, EDD, ETT, FUTA, PAGA Payments

## Partial PSA Client List, Defense and Plaintiff

| | |
|---|---|
| **Fisher & Phillips** | **Jones Law Firm** |
| **Gordon & Rees** | **Law Offices of Jonathan Ricasa** |
| **Paul Plevin Sullivan & Connaughton** | **Yoon Law, APC** |
| **Call & Jensen** | **Mahoney Law Group** |
| **Sutton Hague** | **Law Office of Thomas Rutledge Law** |
| **Moss Bollinger** | **Office of Briana Kim** |
| **Greenberg Traurig** | **Dychter Law Firm** |
| **Kearney Littlefield, LLP** | **Verum Law Firm** |
| **Littler Mendelson** | **Olsen Law Offices** |
| **Kring & Chung** | **Gould & Associates** |
| **Orrick Herrington & Sutcliffe** | **Cohelan, Khoury & Singer** |
| **Ogletree Deakins Nash Smoak** | **Troutman Sanders** |
| **Chandler Law** | **Landegger Baron Law Group** |
| **Arns Law Firm** | **Carothers DiSante & Freudenberger** |
| **Winston & Strawn** | **Crosner Legal** |
| **Sheppard Mullins** | **Rastegar Law Group** |
| **Lewis Brisbois Bisgaard & Smith** | **Zeldes, Haeggquist & Eck Markham** |
| **Morgan Lewis & Bockius** | **Law Firm** |
| **Paul Hastings** | **Diversity Law Group, APC** |
| **Park & Zheng** | **David Yeremian & Associates** |
| **Fitzpatrick Spini & Swanston** | **Rukin Hyland Doria & Tindall** |
| **Higgs Fletcher & Mack** | **Holland & Knight** |
| **Jackson Lewis** | **Spiro Law Corp** |
| **Norton Rose Fulbright** | **Levine Law Group, APC** |

# Exhibit B



| CASE ASSUMPTIONS | |
|---|---|
| Class Members | 379 |
| Opt Out Rate | 4% |
| Opt Outs Received | 15.16 |
| Total Class Claimants | 363.84 |
| Subtotal Admin Only | **$34,071.51** |

**Value Pricing Total      $30,665.00**

**For 379 Class Members**

April 4, 2019

### Case: Alarm Co, Opt-Out/FLSA Administration

**Phoenix Contact: Melissa A. Meade**          **Requesting Attorney:**     **Jared Hague**
**Contact Number: 949.331.0865**                **Firm:**                   **Sutton Hague**
**Email: melissa@phoenixclassaction.com**       **Contact Number:**         **702-270-3065**
                                                **Email:**                  jared@suttonhague.com

Assumptions and Estimate are based on information provided by counsel. If class size changes, PSA will need to adjust this Estimate accordingly. Estimate is based on **379** Class Members. PSA assumes class data will be sent in Microsoft Excel or other usable format with no or reasonable additional formatting needed. A rate of $150 per hour will be charged for any additional analysis or programming.

| Case & Database Setup / Toll Free Setup & Call Center / NCOA (USPS) | | | |
|---|---:|---:|---:|
| **Administrative Tasks:** | **Rate** | **Hours/Units** | **Line Item Estimate** |
| Programming Manager | $100.00 | 4 | $400.00 |
| Programming Database & Setup | $100.00 | 4 | $400.00 |
| Toll Free Setup* | $150.00 | 2 | $300.00 |
| NCOA (USPS) | $100.00 | 1 | $100.00 |
| Reverse Skip Trace of FLSA Class | 1.00 | 285 | $285.00 |
| LinkedIn Search for FLSA Class | 2.50 | 285 | $712.50 |
| Email Blasts | $75.00 | 7 | $525.00 |
| Website with FLSA Opt-In Capability | $2,500.00 | 1 | $2,500.00 |
| AdSpin w/ click tracking | $3,500.00 | 1 | $3,500.00 |
| | | **Total** | **$8,722.50** |

* Up to 120 days after disbursement

| Data Merger & Scrub / Notice Packet, Opt-Out Form & Postage / Spanish Translation / Website | | | |
|---|---:|---:|---:|
| **Project Action** | **Rate** | **Hours/Units** | **Line Item Estimate** |
| Notice Packet Formatting | $100.00 | 2 | $200.00 |
| Data Merge & Duplication Scrub | $0.15 | 379 | $56.85 |
| Notice - Opt-Out | $1.25 | 94 | $117.50 |
| Estimated Postage (up to 2 oz.)* | $0.70 | 94 | $65.80 |
| Opt-In Notice/Check | $2.10 | 285 | $598.50 |
| Estimated Postage (up to 2 oz.)* | $0.70 | 285 | $199.50 |
| Static Website | $100.00 | 1 | $100.00 |
| | | **Total** | **$1,338.15** |

* Prices good for 90 days. Subject to change with the USPS Rate or change in Notice pages or Translation, if any.

# PHOENIX
## CLASS ACTION ADMINISTRATION SOLUTIONS

| Skip Tracing & Remailing Notice Packets / Tracking & Programming Undeliverables | | | |
|---|---|---|---|
| **Project Action:** | **Rate** | **Hours/Units** | **Line Item Estimate** |
| Case Associate | $55.00 | 6 | $330.00 |
| Skip Tracing Undeliverables | $0.85 | 146 | $123.71 |
| Remail Notice Packets | $1.15 | 143 | $163.92 |
| Estimated Postage | $0.69 | 143 | $98.35 |
| Programming Undeliverables | $50.00 | 1 | $50.00 |
| | | **Total** | **$765.97** |

| Database Programming / Processing Opt-Outs, Deficiencies or Disputes | | | |
|---|---|---|---|
| **Project Action:** | **Rate** | **Hours/Units** | **Line Item Estimate** |
| Programming Claims Database | $150.00 | 2 | $300.00 |
| Follow-Up Calls Re: Check Cashing | $2.50 | 1,000 | $2,500.00 |
| Case Associate | $55.00 | 6 | $330.00 |
| Opt-Outs/Deficiency/Dispute Letters | $10.00 | 45 | $454.80 |
| Case Manager | $85.00 | 7 | $595.00 |
| Reminder PostCard | $0.15 | 379 | $56.85 |
| Reminder Post Card Postage | $0.49 | 379 | $185.71 |
| | | **Total** | **$4,422.36** |

| Calculation & Disbursement Programming/ Create & Manage QSF/ Mail Checks | | | |
|---|---|---|---|
| **Project Action:** | **Rate** | **Hours/Units** | **Line Item Estimate** |
| Programming Calculations | $135.00 | 3 | $405.00 |
| Disbursement Review | $135.00 | 3 | $405.00 |
| Programming Manager | $95.00 | 3 | $285.00 |
| QSF Bank Account & EIN | $135.00 | 2 | $270.00 |
| Check Run Setup & Printing | $135.00 | 3 | $405.00 |
| Mail Class Checks * | $1.05 | 364 | $382.03 |
| Estimated Postage | $0.49 | 364 | $178.28 |
| | | **Total** | **$2,330.31** |

* Checks are printed on 8.5 x 11 in. sheets with W2/1099 Tax Filing

# PHOENIX
## CLASS ACTION ADMINISTRATION SOLUTIONS

| Tax Reporting & Reconciliation / Re-Issuance of Checks / Conclusion Reports and Declarations | | | |
|---|---:|---:|---:|
| **Project Action:** | **Rate** | **Hours/Units** | **Line Item Estimate** |
| Case Supervisor | $115.00 | 5 | $575.00 |
| Remail Undeliverable Checks (Postage Included) | $1.99 | 109 | $217.21 |
| Case Associate | $55.00 | 6 | $330.00 |
| Reconcile Uncashed Checks | $85.00 | 6 | $510.00 |
| Conclusion Reports | $115.00 | 5 | $575.00 |
| Case Manager Conclusion | $85.00 | 5 | $425.00 |
| Final Reporting & Declarations | $115.00 | 4 | $460.00 |
| IRS & QSF Annual Tax Reporting | $900.00 | 1 | $900.00 |
| State Tax Reporting* | $250.00 | 50 | $12,500.00 |
| | | **Total** | **$16,492.21** |

\* All applicable California State & Federal taxes, which include SUI, ETT, and SDI, and FUTA filings. Additional taxes are Defendant's responsibilty.

**Estimate Total:** **$34,071.51**

# PHOENIX
## CLASS ACTION ADMINISTRATION SOLUTIONS

## TERMS AND CONDITIONS

**Provisions:** The case estimate is in good faith and does not cover any applicable taxes and fees. The estimate does not make any provision for any services or class size not delineated in the request for proposal or stipulations. Proposal rates and amounts are subject to change upon further review, with Counsel/Client, of the Settlement Agreement. Only pre-approved changes will be charged when applicable. No modifications may be made to this estimate without the approval of PSA (Phoenix Settlement Administrators). All notifications are mailed in English language only unless otherwise specified. Additional costs will apply if translation into other language(s) is required. Rates to prepare and file taxes are for Federal and California State taxes only. Additional charges will apply if multiple state tax filing(s) is required. **Pricing is good for ninety (90) days.**

**Data Conversion and Mailing:** The proposal assumes that data provided will be in ready-to-use condition and that all data is provided in a single, comprehensive Excel spreadsheet. PSA cannot be liable for any errors or omissions arising due to additional work required for analyzing and processing the original database. A minimum of two (2) business days is required for processing prior to the anticipated mailing date with an additional two (2) business days for a National Change of Address (NCOA) update. Additional time may be required depending on the class size, necessary translation of the documents, or other factors. PSA will keep counsel apprised of the estimated mailing date.

**Claims:** PSA's general policy is to not accept claims via facsimile. However, in the event that facsimile filing of claims must be accepted, PSA will not be held responsible for any issues and/or errors arising out of said filing. Furthermore, PSA will require disclaimer language regarding facsimile transmissions. PSA will not be responsible for any acts or omissions caused by the USPS. PSA shall not make payments to any claimants without verified, valid Social Security Numbers. All responses and class member information are held in strict confidentiality. Additional class members are $10.00 per opt-out.

**Payment Terms**: All postage charges and 50% of the final administration charges are due at the commencement of the case and will be billed immediately upon receipt of the data and/or notice documents. PSA bills are due upon receipt unless otherwise negotiated and agreed to with PSA by Counsel/Client. In the event the settlement terms provide that PSA is to be paid out of the settlement fund, PSA will request that Counsel/Client endeavor to make alternate payment arrangements for PSA charges that are due at the onset of the case. The entire remaining balance is due and payable at the time the settlement account is funded by Defendant, or no later than the time of disbursement. Amounts not paid within thirty (30) days are subject to a service charge of 1.5% per month or the highest rate permitted by law.

**Tax Reporting Requirements**

PSA will file the necessary tax returns under the EIN of the QSF, including federal and state returns. Payroll tax returns will be filed if necessary. Under the California Employment Development Department, all taxes are to be reported under the EIN of the QSF with the exception of the following taxes: Unemployment Insurance (UI) and Employment Training Tax (ETT), employer-side taxes, and State Disability Insurance (SDI), an employee-side tax. These are reported under Defendant's EIN. Therefore, to comply with the EDD payroll tax filing requirements we will need the following information:

1. Defendant's California State ID and Federal EIN.

2. Defendant's current State Unemployment Insurance (UI) rate and Employment Training Tax (ETT) rate. This information can be found in the current year DE 2088, Notice of Contribution Rates, issued by the EDD.

3. Termination dates of the class members, or identification of current employee class members, so we can account for the periods that the wages relate to for each class member.

4. An executed Power of Attorney (Form DE 48) from Defendant. This form is needed so that we may report the UI, SDI, and ETT taxes under Defendant's EIN on their behalf. If this form is not provided we will work with the EDD auditors to transfer the tax payments to Defendant's EIN.

5. Defendant is responsible for reporting the SDI portion of the settlement payments on the class member's W-2. PSA will file these forms on Defendant's behalf for an additional fee and will issue an additional W-2 for each class member under Defendant's EIN, as SDI is reported under Defendant's EIN rather than the EIN of the QSF. The Power of Attorney (Form DE 48) will be needed in order for PSA to report SDI payments.