| CAED 435 (Rev. 04/18) | United States District Court, Eastern District of California | FOR COURT USE ONLY |
|---|---|---|
| | Case 2:17-cv-00548-KJM-KJN Document 65 Filed 05/20/19 Page 1 of 1 | |
| | **TRANSCRIPT ORDER** | DUE DATE: |

PLEASE *Read Instruction Page* (attached):

| 1. YOUR NAME Paula Cioli | 2. EMAIL paula@suttonhague.com | 3. PHONE NUMBER (559) 325-0500 | 4. DATE May 20, 2019 |
|---|---|---|---|
| 5. MAILING ADDRESS 5200 N. Palm Ave., Suite 203 | | 6. CITY Fresno | 7. STATE CA | 8. ZIP CODE 93704 |
| 9. CASE NUMBER 2:17-cv-00548-KJM-KJN | 10. JUDGE Kimberly J. Mueller | DATES OF PROCEEDINGS | |
| | | 11. FROM May 17, 2019 | 12. TO May 17, 2019 |
| 13. CASE NAME Smothers et al v. NorthStar Alarm Services, LLC | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Sacramento | 15. STATE CA |

16. ORDER FOR
☐ APPEAL No. ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☐ NON-APPEAL ☑ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) You **must** provide the name of the Reporter.

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Renewed Motion for Preliminary Approval | May 17, 2019 | Diane J. Shepard |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☐ | NO. OF COPIES 0 | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional). ESTIMATE TOTAL

19. SIGNATURE *[signature]*

20. DATE May 20, 2019

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |