**S. BRETT SUTTON, 143107**
brett@suttonhague.com
**JARED HAGUE, 251517**
jared@suttonhague.com
**SUTTON HAGUE LAW CORPORATION, P.C.**
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| JULIAN SMOTHERS, ET AL., | Case No. 2:17-CV-00548-KJM-KJN |
| Plaintiffs, | |
| vs. | **ORDER RE NOTICE OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND CLASS NOTICE PLAN** |
| NORTHSTAR ALARM SERVICES, LLC, | |
| Defendant(s). | **Courtroom:** 3<br>**Judge:** Hon. Kimberly J. Mueller |

WHEREAS, the Court having preliminarily approved the Amended Joint Stipulation of Class Settlement, appointing Plaintiffs Julian Smothers and Asa Dhadda as Class Representatives and appointing Plaintiffs' Counsel as Class Counsel, and having reviewed and considered the Parties' amended notices and forms to effectuate the class notice plan (ECF No. 68), IT IS HEREBY ORDERED as follows:

Sutton Hague
Law Corporation
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

1

ORDER APPROVING CLASS NOTICE FORMS AND CLASS NOTICE PLAN

1. Plaintiffs' proposed plan for class notice and settlement administration is the best notice practicable under the circumstances and is in full compliance the requirements of the Fair Labor Standards Act and Rule 23 of the Federal Rules of Civil Procedure, as applicable, and comports with the requirements of due process. Plaintiffs' amended class notice forms, submitted to the Court in accordance with its July 12, 2019 Order (ECF No. 67), likewise comply with the requirements of the Fair Labor Standards Act, Rule 23 of the Federal Rules of Civil Procedure, and the requirements of due process, and are appropriate as part of the proposed plan for notice to potential members of the Settlement Class.

2. Phoenix Settlement Administrators ("Settlement Administrator") is appointed to administer this Settlement and to perform the duties set forth in the Parties' Settlement. The Settlement Administrator is directed to follow all procedures described in the Parties' Settlement concerning the means and method of providing notice to the class and conducting the notice follow-up procedures set forth in the Settlement.

3. Within seven (7) days after entry of this Order, Defendant shall provide to the Settlement Administrator and Class Counsel a list of the Settlement Class Members containing the names, social security numbers, last-known telephone numbers, last-known email addresses and last-known physical addresses, and a list of amounts that could be claimed by each Settlement Class Member.

4. Within fourteen (14) days after the Settlement Administrator receives the information described in paragraph 3, the Settlement Administrator shall send the Class Notice to the Settlement Class Members via U.S. mail and, where possible, also via email. The Class Notice to the potential FLSA Group includes a form that the potential FLSA Group Members must timely submit with all requested information to affirmatively indicate their consent to participate in the Settlement and to be bound by the terms set forth therein. The Class Notice to the potential California Class includes a form that will be available for download from the class website, which the California Class Members may use for the purpose of excluding themselves

Sutton Hague
Law Corporation
5200 N. PALM AVENUE
SUITE 203
FRESNO, CA 93704

from the California Class, in addition to any other writing that the California Class Members may use for that purpose.

5. The FLSA Group Members and California Class Members may object to the Settlement in accordance with the terms of the notices, which include submitting written objections or making oral objections at the final fairness hearing.

6. FLSA Group Members must indicate their intention to opt-in to the Settlement by timely submitting a valid opt-in form postmarked no later than seventy-five (75) days from the date upon which the Settlement Administrator issues the Class Notice.

7. California Class Members must indicate their intention to exclude themselves from the Settlement by timely submitting written notice postmarked no later than seventy-five (75) days from the date upon which the Settlement Administrator issues the Class Notice.

8. Plaintiffs shall file a Motion for Attorneys' Fees and Costs and Motion for Enhancement Award not later than fourteen (14) days prior to the deadline for Settlement Class Members to object to the Settlement. At the final hearing, the Court will consider any written objections and hear any oral objections to the fees, costs and incentive award requests, along with any objections to the Settlement itself.

9. The hearing for Plaintiffs' Motion for Final Approval of Class Settlement is hereby scheduled for December 6, 2019 at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

DATED: August 12, 2019.

_____
UNITED STATES DISTRICT JUDGE

Sutton Hague
Law Corporation
5200 N. Palm Avenue
Suite 203
Fresno, CA 93704

3

ORDER APPROVING CLASS NOTICE FORMS AND CLASS NOTICE PLAN